# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MICHAEL SHANE FREEMAN,

     **Plaintiff,**

v.                                             Case No:   6:17-cv-489-Orl-22JSS

COMMISSIONER OF SOCIAL
SECURITY,

     **Defendant.**

## ORDER

This cause is before the Court for judicial review of the denial of Plaintiff's claim for supplemental security income.

The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner of Social Security be reversed and the case remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 23, 2018 (Doc. No. 25), is ADOPTED and CONFIRMED and made a part of this Order.

2. The decision of the Commissioner of Social Security is hereby reversed and the case is remanded under sentence four of 42 U.S.C. §405(g) for further proceedings.

3. The Clerk is directed to enter judgment, accordingly, and CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on June 12, 2018.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties